UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE L. VAN KIRK,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C04-5904FDB<br><br><br><br>ORDER |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including July 10, 2005, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including July 24, 2005, to file Plaintiff's Reply Brief.

DATED this 10th day of June, 2005.

                              */s/ J. Kelley Arnold*
                              UNITED STATES MAGISTRATE JUDGE

Page 1        ORDER - [C04-5904FDB]

Presented by:

s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2112
Fax:    206-615-2531
thomas.elsberry@ssa.gov

Page 2            ORDER - [C04-5904FDB]