UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE L. VAN KIRK, | Civil No. C04-5904FDB |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above captioned case be reversed and remanded to the Commissioner for a fully favorable finding and calculation of benefits. This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

///

///

Page 1      ORDER- [C04-5904FDB]

DATED this 22nd day of June 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:      206-615-2531
thomas.elsberry@ssa.gov

Page 2      ORDER- [C04-5904FDB]