U.S. DISTRICT JUDGE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHRISTINE VAN KIRK, | ) |
| Plaintiff, | ) No. 3:04-cv-05904-FDB |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ORDER |
| Defendant. | ) |

The Court hereby awards Plaintiff, Christine Van Kirk, $4,856.76 in attorney fees, $48.21 in expenses, and $155.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $5,059.97

Dated:  July 18, 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Proposed Order - 1
[No. 04-5904FDB]